UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MONTENEGRO,<br><br>Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,<br><br>Respondent. | No. 2:18-cv-3080 KJN P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee. In his application, petitioner does not identify the court or county in which petitioner was convicted, but states that petitioner filed an appeal in the Fifth Appellate District in Case No. F070781. Review of the appellate court docket reflects that petitioner was convicted in Kern County.[1] Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

---

[1] The court may take judicial notice of facts that are "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b), including undisputed information posted on official websites. Daniels-Hall v. National Education Association, 629 F.3d 992, 999 (9th Cir. 2010). It is appropriate to take judicial notice of the docket sheet of a California court. White v. Martel, 601 F.3d 882, 885 (9th Cir. 2010). The address of the official website of the California state courts is www.courts.ca.gov.

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: November 30, 2018

/mont3080.109

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE